IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

**DAVID ALLEN MINOR,**

    **Plaintiff,**

**v.**                                   **Civil Action No. 5:06cv75**
                                            **(Judge Stamp)**

**THOMAS F. YANERO, RITA ALBURY,**
**JOHN KING, FIRST SERGEANT COLLINS,**
**COUNSELOR ACKERMAN,**

    **Defendants..**

## ORDER GRANTING MOTION

On June 16, 2006, *pro se* defendant, David Minor, filed the above-styled action pursuant to 42 U.S.C. § 1983. On October 26, 2006, the plaintiff filed a Motion to add evidence, and on November 3, 2006, the plaintiff filed his proposed additional evidence. The proposed additional evidence consists of a narrative regarding his allegations against Thomas F. Yanero together with court records from the Gilmer County Magistrate Court, newspaper articles and portions of trial transcripts.

Having considered the same, the plaintiff's Motion (Doc. 14) is **GRANTED** and the evidence submitted under Document entry 15 is made a part of the record.

IT IS SO ORDERED.

The Clerk is directed to provide a copy of this Order to the plaintiff and counsel of record.

DATED: January 10, 2008

                                                         /s/ James E. Seibert
                                                         JAMES E. SEIBERT
                                                         UNITED STATES MAGISTRATE JUDGE